East Bay Law
Andrew W. Shalaby sbn 206841
1417 Solano Avenue
Albany, CA 94706
Tel. 510-551-8500
Fax: 510-725-4950
email: andrew@eastbaylaw.com

Attorneys for Plaintiffs
The People of the State of California, and
The People of the United States of America

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| People of the United States of America and the State of California,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>Donald Trump; United States of America,<br><br>　　　　　Defendants. | Case Number:  3:17-cv-451<br><br>APPLICATION TO PROCEED IN FORMA PAUPARIS |

TO THE COURT:

　　Plaintiffs are the People of the United States of America and the State of California. No one particular individual is named as a plaintiff in the action. It is my understanding, belief, and opinion that the Court may only look to the assets which belong to the People with regard to an application for waiver of Court Filing Fees and Costs. Accordingly, it is my understanding and belief that the sole asset of the People consists of Federal Taxes paid by the People to the United States Government. Since taxes are federal funds, it is my understanding, belief and opinion that there are no

1  separate and independent assets of the People of the United States and the State of
2  California (generally "the People), and therefore I believe this Application should be
3  granted on this basis.
4       As a second basis, the Federal Courts have posted the following on the internet:
5
6       Effective on: December 1, 2016
7       The United States should not be charged fees under this schedule, with
        the exception of those specifically prescribed in Items 2, 4 and 5, when
8       the information requested is available through remote electronic access.
9  The posting is found at:
10      http://www.uscourts.gov/services-forms/fees/district-court-miscellane
        ous-fee-schedule
11
12 It is my understanding, belief and opinion that an action brought on behalf of the
13 People of the United States is an action brought on behalf of "the United States."
14 Based on this understanding, belief and opinion, I do not believe that any Court filing
15 fees or costs can or should be charged in relation to this Action.   In the alternative,
16 because there is not one particular individual plaintiff from which costs may be
17 collected and charged, I respectfully request the granting of this application as it
18 would not be fair or proper to require the representing law firm itself to pay the costs.
19
20      I declare under penalty of perjury that the foregoing is true and correct and
21 within my personal knowledge, and where opinions are specified, said opinions are
22 within my best judgment.   The matters expressed above are based on my best
23 understanding, belief, and opinion.
24
25 Executed January 30, 2017 in El Cerrito,     s/Andrew W. Shalaby
                                                Andrew W. Shalaby
26 CA
27
28

Application to Proceed In Forma Pauparis        2                    No.  3:17-cv-451